THE BAY PARKWAY BANK OF BROOKLYN IN NEW YORK, Respondent, v. ISHAIA SHALOM, Appellant.— Order granting plaintiff's motion to set aside verdict and to grant a new trial unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

BROOKLYN TRUST COMPANY, as Trustee under an Agreement with GESINE ENGEL, Dated May 8, 1919, Respondent, v. GESINE ENGEL, Respondent, Impleaded with HENRY DOSCHER, as Surviving Executor, etc., of CLAUS DOSCHER, Deceased, Appellant.— Order granting plaintiff's motion for summary judgment affirmed, with ten dollars costs and disbursements. No opinion. Young, Kapper, Carswell, Tompkins and Davis, JJ., concur.

BROOKLYN TRUST COMPANY, as Trustee under an Agreement with MATHILDA C. BEHRE, Deceased, Dated May 8, 1919, Respondent, v. UNITED STATES TRUST COMPANY OF NEW YORK, and HENRY B. HENZE, as Executors, etc., of MATHILDA C. BEHRE, Deceased, Respondents, Impleaded with HENRY DOSCHER, as Surviving Executor, etc., of CLAUS DOSCHER, Deceased, Appellant.— Order granting plaintiff's motion for summary judgment affirmed, with ten dollars costs and disbursements. No opinion. Young, Kapper, Carswell, Tompkins and Davis, JJ., concur.

MINNIE CAVANAUGH and FRANK A. DAHL, as Administrators with the Will Annexed of the Goods, Chattels and Credits Left Unadministered of CLARA G. PETERSON, Deceased, Appellants, v. JOSEPH FELDMAN, Respondent.— Judgment and order reversed on the law and the facts and a new trial granted, with costs to appellant to abide the event, for error in the refusal to charge the requests at folios 401 and 404; and upon the further ground that the verdict, in our opinion, was inadequate as matter of fact. We deem it proper to say that the verdict of a jury in a death case is to be treated no differently than a verdict in the case of a living person. If a verdict in a death case is plainly inadequate or excessive, it is the duty of the courts to correct it. Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ., concur.

COLUMBIA RIVER SMOKED FISH CO., INCORPORATED, Appellant, v. CONTINENTAL SMOKED FISH CORPORATION, Respondent, and CHARLES A. BUCKLEY, Chamberlain of the City of New York, Defendant.— Order granting motion of defendant Continental Smoked Fish Corporation to strike out certain paragraphs and parts of paragraphs of the complaint affirmed, with ten dollars costs and disbursements. No opinion. Young, Carswell and Tompkins, JJ., concur; Lazansky, P. J., and Kapper, J., dissent.